## ORDER

PER CURIAM.

**AND NOW,** this 17th day of December 2010, the Petition for Allowance of Appeal is **LIMITED GRANTED.** The issue, as stated by the Petitioner, is:

(a) Whether the Commonwealth Court erred in allowing the Township to use a municipal cure that was declared after the cure challenge was filed as a basis to dismiss the cure challenge because the Township "acted quickly."

10 A.3d 897

The **PIPER GROUP, INC.,** Charles E. Sigety, Katharine S. Sigety, Nero Enterprises, Sigety Trust c/o Trustees Charles Birge Sigety and Katharine K. Yon, Piperlands Properties, L.P., 110 Dark Hollow Road, LLC, Robert G. Sigety, Cornelius E. Sigety, Elizabeth D. Sigety, and Robert G. Sigety, as Tenants by the Entireties, and Robert G. Sigety Grat c/o Trustee Cornelius E. Sigety, Petitioners

v.

**BEDMINSTER TOWNSHIP BOARD OF SUPERVISORS** and Bedminster Township, Respondents.

Supreme Court of Pennsylvania.

Dec. 17, 2010.

138

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of December 2010, the Petition for Allowance of Appeal is **LIMITED GRANTED.** The issue, as stated by the Petitioner, is:

(a) Whether the Commonwealth Court erred in allowing the Township to use a municipal cure that was declared after the cure challenge was filed as a basis to dismiss the cure challenge because the Township "acted quickly."

10 A.3d 898

**Marjorie GOLDMAN, Petitioner**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Respondent.**

**Edmund Wiza, Petitioner**

v.

**Southeastern Pennsylvania Transportation Authority, Respondent.**

**Michael J. Maguire, Petitioner**

v.

**Southeastern Pennsylvania Transportation Authority, Respondent.**

**Errol Davis, Petitioner**

v.

**Southeastern Pennsylvania Transportation Authority, Respondent.**

Supreme Court of Pennsylvania.

Dec. 20, 2010.